**Order entered November 29, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01505-CR

**ANTHONY HENRY MCKINZIE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80701-2016**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the August 29, 2017 motion of Marc J. Fratter for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Marc J. Fratter as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Anthony Henry McKinzie, TDCJ No. 02108344, Daniel Unit, 938 South FM 1673, Snyder, Texas, 79549.

/s/     ELIZABETH LANG-MIERS
           JUSTICE